# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFERY DULWONH GBOR JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-24-1047-J |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner, a federal prisoner appearing pro se, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 8]. On January 30, 2025, Judge Stephens issued a Report and Recommendation recommending the Petition for Writ of Habeas Corpus be dismissed without prejudice for failure to exhaust administrative remedies. [Doc. No. 9]. Petitioner was advised of his right to object to the Report and Recommendation by February 20, 2025. Petitioner has filed no objection and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 9] and DISMISSES Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 without prejudice. A certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 5th day of March, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE